HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SUZANNE MCDONALD HALVERSON, individually,<br><br>                                    Plaintiff,<br><br>vs.<br><br>GERALD MASSEY and "PAT DOE" MASSEY, husband and spouse, and the marital community composed thereof, and KKW TRUCKING, INC., jointly and severally,<br><br>                                    Defendants. | No. 3:21-cv-05894-DGE<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS<br><br>**NOTE ON MOTION CALENDAR NOVEMBER 7, 2022** |

## **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that all of Plaintiff's claims and causes of action in this matter shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS (Cause No. 3:21-cv-05894-DGE) – 1
mg/JS6317.106/4294474X

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: November 7, 2022.

Carrie D. Umland, WSBA No. 24949
Palace Law
4009 Bridgeport Way West Suite B
University Place, WA 98466
Phone: 253-254-5876
carrie@palacelaw.com
Attorneys for Plaintiff

DATED: November 7, 2022.

*/s/Jeff M. Sbaih*
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
jackson@wscd.com; sbaih@wscd.com
Attorneys for Defendants

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED as follows:

1. All of Plaintiff's claims and causes of action in this matter shall be dismissed with prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

DATED this 9th day of November 2022.

David G. Estudillo
United States District Judge

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS (Cause No. 3:21-cv-05894-
DGE) – 2
mg/JS6317.106/4294474X



WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS (Cause No. 3:21-cv-05894-DGE) – 3
mg/JS6317.106/4294474X



1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273